Case 1:24-cv-00403-HYJ-SJB  ECF No. 1, PageID.1  Filed 04/19/24  Page 1 of 8

1:24-cv-403
Hala Y. Jarbou
Chief U.S. District Judge

FILED - KZ
April 19, 2024 2:54 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES /4/19

# UNITED STATES OF AMERICA
# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THOMAS KEVIN MOORE ,

**PLAINTIFF,**

VS.

**DEFENDANTS,**

GRETCHEN WHITMERE/

**Governor of MICHIGAN**

&

DANA NESSELS/

**MICHIGAN Attorney General**

# UNITED STATES OF AMERICA
# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

## THOMAS KEVIN MOORE ,

### *PLAINTIFF,*

534 Lawrence Ave

Kalamazoo, MI 49007


VS.


### *DEFENDANTS,*


## GRETCHEN WHITMERE/

**Governor of MICHIGAN**

111 S. Capital Ave, Lansing MI 48933

&

DANA NESSELS/

**MICHIGAN Attorney General**

525 W. Ottawa St, Lansing, Michigan 48933

I Humbly bring this Complaint in Hopes of Righting a WRONG that has been going on for an Awfully long time of since 1966. The GOVENORs & ATTORNEY GENERALs and ALL the ONES who Practice Law in Michigan have Conveniently Let a Travesty of the Law to Take Place Since 1966 with NO REGARDS for the Law put into Effect by the Legislative Branches MICHIGAN, for Ones own Personal Gain and NOT ONES Constitutional RIGHTS of DUE PROCESS is in Place to Protect ITS PROMISED to PROTECT the RIGHTS to EVERY Citizens UNDER (14th DUE PROCESS). I will share this information verbatim, along with a Copy of 767.37 M.C.L. page 106, last from bottom paragraph, left handed side "A plea of "nolo contendere" originated in the common law and was there recognized as implied confession of guilt and was permitted only in certain misdemeanors not requiring punishment by imprisonment, it being discretionary with court whether it should be accepted or rejected; if plea was accepted by court, it was taken as tacit admission of guilt so far as pertained to that case only, and trial court was authorized under this plea to order entry made to the effect that upon request such plea was authorized to pronounce sentence without further pleading. People v. Franchi (1966) 142 N.W.2d 881, 3 Mich App 511.

(1)  . MY COMPLAINT is how It The GOVERNOR of MICHIGAN nor The ATTORNEY'S of Michigan as Well as the ONES who Past the MICHIGAN BAR exam, FAIL to Adhere to M.C.L. 767.37 which PLAINLY States " A plea of "nolo contendere originated in the Common law and was recognized as implied confession of guilt and was ONLY permitted in Certain misdemeanors not REQUIRING PUNISHMENT by IMPRISONMENT", which EXCLUDES being Applied to ANY FELONIES. It is PLAIN to See that the Plea of NOLO CONTENDERE should NOT Be Applied to ANY FELONY nor a Case that INVOLVES IMPRISONMENT bka PRISON, according to the Current M.C.L. CODE OF CRIMINAL PROCEDURE 767.37 page 106, Left hand Side, Last from Bottom, but STILL Allowed to this Current Day. To ALLOW the Plea of "NOLO CONTENDERE" in a FELONY Case is BLANANT MOCKERY of the MICHIGAN Applied LAWS and the Lower Courts Should Know the LAW Better than I, UNLESS the Oath They SWORE TO UPHOLD MY CONSTITUTIONAL RIGHTS was a FARCE, that was UPHELD with the FEDERAL COURTS Approval??? DUE PROCESS is NOT Covered when The Plea of NOLO CONTENDERE, and DUE PROCESS is the LAW of the LAND, Unless the 14th Amendment was put in place to be over looked as un-LAWFULLY PROTECTED RIGHT, under the Color of Law???

I Myself was GREATLY Affected by being Allowed in a Michigan State BAR sanctioned Court VIOLATION. I was PROMISED a Competent Attorney if I could NOT Afford One, without realizing that I was being ALSO Prosecuted by MY State appointed Attorney. M.C.L. 767.37 has been around since 1966, and has either been Willfully and Deliberately over, because if that is NIT The case, then how come I get to point out such an obvious miscarriage of Justice. Almost for 60 Years Michigans Governors, Judges, Attorneys have NOT Adhered to what is MANDATED by law, which must be Contained M.C.L.A. ??? because based upon M.C.L. 767.37 that the State of MICHIGAN can NOT abide by the Same Laws that Governors, Attorney General, Judges, and B.A.R. Graduates Practicing Law in Michigan

# RELIEF

from this JUDGMENT is as Follows:

(1) "The PLEA of NOLO CONTENDERE" is an INVALID Plea to ANY FELONY Case since 1966 ( M.C.L 767.37 page 106, last on left handed sided of page 106, and therefore MUST be MANDATED Vacated and or Removed From Michigan Lower Courts as an INVALID Plea to ANY FELONY as the LAW of M.C.L. 767.37 Set Fourth or ONLY Allowed in MISDEMEANORS that DOESN'T involve PRISON , but is Willfully & Grossly Neglected, and IGNORED from DUE PROCESS of the 14th Amended Rights GOVERN by the CONSTITUTION of AMERICA, by the HIGHER Powers of GOVERNMENT in the State Of MICHIGAN (bka GOVERNOR of MICHIGAN & ATTORNEY GENERAL MICHIGAN & Subordinates' Lawyers of STATE of MICHIGAN  ) Allowed a PLEA of this Nature that was ONLY NTENDED for MISDEMEANORS that did NOT Require PRISON Time, as ALL FELONIES DO CARRY!!!, And if ANY Think ME to Be in ERROR, Check the LAW.

P.S. Practiced IGNORANCE of a LAW is NO VIABLE EXCUSE!!! I was given this PLEA of NOLO CONTENDERE as an Option in a Case I was NOWHERE Guilty of, but took based upon Being NAÏVE to what the SCOUNDRELS of MICHIGAN State Government with B.A.R. Degrees was up to. I Enlisted this Plea to a Felony Case that I WASN'T Clearly of Being GUILTY of based upon State Afforded IGNORANCE. I was at HOME On Leave from the Military w/HONORABLE Character of Service as MY DD214 STATES. I was RAIL ROADED into Something that NOW MUST Be Rectified or the PROMISED CONSTITUTIONAL RIGHTS as an AMERICAN Citizen as a VETERAN, but Still deemed as Less then Because of Skin Color of MY SHELL. Based upon The TRAVESTY of Law and MY TRAMPLED upon Rights, I have Endured COUNTLESS ATROCITIES that will be brought up in Different Complaints in The Near Future. It should be asked of this GREAT NATION'S GOVERNMENT, that if you were NOT going to uphold MY Rights, why AM I LIED to about having THEM, that would have assured ME the Pursuit of Happiness/ FREEDOM of Movement? Behind the WRONGFUL Incarcerations and the FOUL Nature things done to ME Under the Color of Law has Left ME EXTREMELY BITTER and Doubting the Laws that GOVERN this FINE Land of AMERICA!!!

P.S. Since the LAW has been VIOLATED Since 1966, then this Should be a RETRO-Active RELIEF case, and go back till 1966, when this MISCARRAGE of Justice 1ˢᵗ started, under the color of the Law, and START FOLLOWING THE LAW BY EXAMPLE.